UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHANIEL LAPORTE,<br><br>             Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>             Defendant. | No. 14-cv-03146-JPH<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' stipulated motion for remand. ECF No. 18. D. James Tree represents plaintiff; Special Assistant United States Attorney Heather L. Griffith represents defendant. The parties have consented to proceed before a magistrate judge. ECF No. 9. After reviewing the motion and the file, the court **grants** the stipulated motion to **reverse** and **remand** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS FURTHER ORDERED that

Upon remand, the ALJ will:

1. update the medical record, including treatment notes from Dr. Phillip M. Dove;
2. reassess the medical opinion evidence, including the opinions of Manuel Gomes, Ph.D., and Christmas Covell, Ph.D., concerning the claimant's mental limitations particularly in the areas of social functioning and concentration, persistence and/or pace;
3. reevaluate the other source medical opinion of Christopher Clark, M.Ed., and the lay witness opinion of Corey Ervin at Exhibit 5E;

ORDER - 1

4. if necessary and available, the ALJ shall obtain evidence from a medical expert clarifying the nature and severity of the claimant's mental impairments;

5. reevaluate the claimant's subjective complaints;

6. reassess the claimant's residual functional capacity;

7. obtain supplemental vocational expert evidence regarding the erosion of the occupational base caused by the claimant's assessed limitations and

8. evaluate substance abuse using the guidance in Social Security Ruling 13-2p.

**IT IS ORDERED:**

1. The stipulated Motion for to Remand, **ECF No. 18,** pursuant sentence four is **GRANTED**. The matter is reversed and remanded to the Commissioner for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

2. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to file this Order and provide a copy to counsel for plaintiff and defendant. Judgment shall be entered for plaintiff and the file shall be **CLOSED**.

DATED April 9, 2015.

*S/ James P. Hutton*
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE